IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, and GEORGIA DEPARTMENT OF COMMUNITY HEALTH,<br><br>        Plaintiffs,<br><br>v.<br><br>CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services, et al.,<br><br>        Defendants. | CIVIL ACTION NO.: 2:24-cv-16 |

## O R D E R

The parties filed a Joint Motion for Entry of a Briefing Schedule, for a Stay of Other Case Deadlines, and to Expedite Decision. Doc. 16. The parties state this case is an action for review on an administrative record and no additional case management deadlines are needed. Id. at 2. The Court hereby **STAYS** all deadlines in this case. The Court is aware of Plaintiffs' request for an expedited decision and the reasons supporting that request. The presiding District Judge will resolve the matter in due course. The Court **GRANTS** the parties' request for the following briefing schedule.

| EVENT | DEADLINE |
|---|---|
| Plaintiffs' Motion for Summary Judgment | March 29, 2024 |
| Defendants' Production of the Administrative Record | May 6, 2024 |
| Defendants' Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | May 6, 2024 |

| | |
|---|---|
| Plaintiffs' Combined Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | May 20, 2024 |
| Defendants' Reply in Support of Motion to Dismiss and Motion for Summary Judgment | June 3, 2024 |

**SO ORDERED**, this 27th day of March, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA