# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CV224-16**                                    DATE **06/21/2024**

TITLE  **The State of Georgia et al v. Chiquita Brooks-LaSure**

TIMES  **10:02 - 10:42**                                  TOTAL **40 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**            Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**                        Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Daniel Shapiro<br>Jeffrey Harris<br>Brandon Haase<br>Todd Carter<br>Paul Scott | Hannah Soloman-Strauss | |

PROCEEDINGS :  **Motions hearing**                        ☑ In Court
                                                          ☐ In Chambers

**Parties present and case called.**
**Plaintiff 10:04 - 10:23 / Defendant 10:23 - 10:34 / Plaintiff 10:35 - 10:38 / Defendant 10:38 - 10:40.**
**Nothing Further.**